| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | **IN THE** |
| | * | **COURT OF APPEALS** |
| | * | **OF MARYLAND** |
| **v.** | * | **Misc. Docket AG No. 84** |
| **RACHAEL ALEXANDRA SCHMID MOSHMAN** | * | **September Term, 2021** |

## O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Rachael Alexandra Schmid Moshman, to suspend the Respondent from the practice of law in Maryland for seven months with 30 days stayed in favor of one year of probation with terms, it is this 9th day of May, 2022

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Rachael Alexandra Schmid Moshman, be, and hereby is, suspended from the practice of law in the State of Maryland for seven months for violation of Rules 1.1(a), 1.3(c), and 1.15(a) of the District of Columbia Rules of Professional Conduct; and it is further

**ORDERED**, that 30 days of the suspension be, and hereby is STAYED; and it is further

**ORDERED**, that upon her reinstatement to practice law in the State of Maryland, the Respondent is placed on one year of probation with the terms contained in the Probation Agreement.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Judge

Suzanne C. Johnson, Clerk